**No. 61044.**—Hammel, Riglander & Co., Inc. v. United States, protest 284177–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of unset jewels, suitable for use in any watch movement, the claim of the plaintiff was sustained.

**No. 61045.**—Henry C. Schaerf Corp. v. United States, protests 290898–K (A), 290898–K (B), and 290899–K (New York).

Opinion by LAWRENCE, J. An examination of the protests disclosing that they were untimely filed under section 514, Tariff Act of 1930 (19 U. S. C. § 1514), the motion to dismiss was granted.

**No. 61046.**—C. P. Stollberg and Rohner Gehrig & Co., Inc. v. United States, protests 299729–K, 306362–K, and 310463–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk malines similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C. D. 1837), the claim of the plaintiffs was sustained.